UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                          Cr.05-386-07

ALBERTO ROLANDO CARRILLO-
MONTELONGO

NOTICE OF APPEARANCE

Please enter my appearance as Court Appointed Counsel for the defendant nunc pro tunc to October 25, 2005.

/s/
_____
H. Heather Shaner  # 273276
Appointed by This Court
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202  265 8210