**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

v.                                    Cr. 05-386  (ESH)

**R. ALBERTO CARRILLO MONTELONGO**

**DEFENDANT'S DEMAND FOR NOTICE OF OTHER
CRIMES EVIDENCE PURSUANT TO RULE 404 (b)**

    Rolando Alberto Carrillo Montelongo, through undersigned counsel, demands the government produce now all and any evidence it intends to introduce in trial against him of other crimes, wrongs or acts pursuant to FRE 505 (b).  Mr. Carrillo Montelongo further demands the government disclose the evidentiary theory of admissibility of any such evidence upon which the government relies.

    The defendant request a hearing on this motion in advance of Trial to permit him to properly prepare for Trial and exercise his Sixth Amendment rights to confront evidence.

Respectfully submitted,

_____/s/_____

H. Heather Shaner  #273 276
Appointed by this Court
1702 S Street N.W.
Washington, DC. 20009
Tel. 202  265 8210