UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                    Cr. 05-386 (ESH)

ALBERTO CARRILLO MONTELONGO

### MOTION FOR A BILL OF PARTICULARS
### PURSUANT TO FED. RULE CR. PR. 7 (f)

Alberto Carrillo Montelongo, through undersigned counsel, renews the Motion for a Bill of Particulars made orally to Magistrate Robinson on October 25, 2005. The defendant moves this Court in the exercise of its discretion to order the government to provide a Bill of Particulars as to the criminal involvement of Mr. Carrillo Montelongo in Count One of this one count "conspiracy" indictment.

The discovery provided to date discloses insufficient information of the government's case against him to permit Mr. Carrillo Montelongo to investigate and prepare a defense. The one count indictment charges the defendant with a conspiracy that began on or before September 2, 2005 and continued until October 24, 2005. No overt acts are alleged.

As to Count One, Mr. Carrillo Montelongo requests the Court order the government to provide the following particulars:

1. The nature of any uncharged overt act that the government believes involves the defendant in the charged conspiracy;

2. The particular date, location and named or participants of any "meeting" or discussions in furtherance of the charged conspiracy;

3. The date the defendant allegedly joined the conspiracy;

4. The circumstances of the defendant's alleged initial involvement;

5.   The circumstances of the defendant's continued involvement;

6.   The role of the defendant in the alleged conspiracy;

7.   The structure of the alleged conspiracy : spoke and rim, chain etc.:

8.   Any proof of "knowledge" or "intent" of the defendant as to any possession or distribution by the defendant as part of the alleged conspiracy;

10.  Any proof of distribution of proceeds of crime related to the charged conspiracy to the defendant; including dates, locations, amounts and participants;

11.  What specific act or acts by Mr. Carrillo Montelongo does the government allege constitutes the charged criminal conduct of conspiracy;

12.  Dates, times, locations and participants of all acts which allegedly connect the defendant to the charged conspiracy.

The D.C. Circuit describes a legally sufficient indictment as one that in addition to tracking the language of the statutes outlines the scheme that was the subject of the indictment and defines each defendant's role in the scheme in a manner sufficient to avoid surprise and permit defendant's to prepare a defense. See *United States . Pollack,* 534 F.2d 964 (DC Cir. 1976). See also *United States v. Butler,* 822 F2d 1191 (D.C. Cir. 1987).

WHEREFORE the defendant requests the assistance of the Court so he may investigate and prepare a defense. The defendant does not wish to over burden the government. A simple listing of the requesting information by the government would satisfy FRCP 7(f). The defendant respectfully requests the Court order the government to provide the particulars requested to the defendant.

Respectfully submitted,

_____/s/_____
H. Heather Shaner   # 273 276
Appointed by the Court
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210