THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              Cr. 05 386 (ESH)

ALBERTO CARRILLO MONTELONGO

**MOTION TO ADOPT AND CONFORM DEFENDANT RICARDO SANCHEZ-GONZALEZ' OPPOSITION TO GOVERNMENT'S MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT**

Defendant Alberto Carrillo Montelongo, through counsel, respectfully moves this Court to allow him to Adopt and Conform Defendant Ricardo Sanchez Gonzalez' Motion in Opposition to the Government's Motion for Exclusion of Time Under the Speedy Trial Act.

The facts are the same as relate to each defendant. There is little or no connection between the defendant and the charged conspiracy. The defendant is being held without bond based upon the "probable cause" an Indictment provides and the fact he is not a United States Citizen or Resident.

**WHEREFORE** the defendant respectfully requests the Court permit him to Adopt and Conform the Opposition filed by co defendant Ricardo Sanchez Gonzalez.

Respectfully Submitted,


_____/ hhs/_____
H. Heather Shaner,  # 273276
Appointed by the Court
1702 S Street N.W.
Washington, D.C. 20009
Tel.    202 265 8210


## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2005, the foregoing Motion to Adopt and Conform the Opposition of Codefendant  Ricardo Sanchez Gonzales, was filed electronically thereby causing automatic service on all parties.


_____/hhs/_____
H. Heather Shaner