UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            (
                                    (
VS.                                 (    CRIMINAL NO. 05-386
                                    (
ALBERTO ROLANDO CARRILLO-           (
MONTELONGO                          (

MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW, ALBERTO ROLANDO CARRILLO-MONTELONGO, Defendant in the above-entitled and numbered cause, by and through Fred A. Kowalski, attorney, and moves the Court to enter an order substituting Mr. Fred A. Kowalski, as Defendant's attorney of record in place of Ms. Heather Shantz in the above-entitled and numbered cause and would respectfully show the Court the following:

I.

    Defendant, ALBERTO ROLANDO CARRILLO-MONTELONGO, has retained Fred A. Kowalski to represent him in the above-entitled and numbered cause.

WHEREFORE, Defendant prays this Court to grant him this motion and order that Fred A. Kowalski be substituted for Mrs. Heather Shantz as Defendant's attorney of record.

Respectfully submitted,

Law Office of Fred A. Kowalski
902 E. Madison St.
Brownsville, Texas 78520
956-546-7245
956-504-3891 (fax)
E-mail: Kowalskilaw@yahoo.com

By: _____
Fred A. Kowalski
SBN: 24010914
Federal Id.: 25490
DC#: TX 0031

_____
Ms. Heather Shantz

x Rolando Alberto Carrillo
Alberto Rolando Carrillo-Montelongo, Defendant

CERTIFICATE OF SERVICE

    I, Fred A. Kowalski, do hereby certify that a true and correct copy of Defendant's Motion to Substitute Counsel was hand-delivered to the United State Attorney's Office for the District of Columbia at 555 Fourth Street, NW, Washington, D.C. 20530, on this 9th day of January 2006.

                                                            Fred A. Kowaski

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ( | |
| | ( | |
| VS. | ( | CRIMINAL NO. 05-386 |
| | ( | |
| ALBERTO ROLANDO CARRILLO-MONTELONGO | ( ( | |

ORDER GRANTING MOTION TO SUBSTITUTE

On this the _____ day of _____, 2006, this Court considered Defendant's Motion to Substitute Counsel and after considering the same, this Court finds that Defendant's motion should be GRANTED/DENIED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that this substitution should be effected and that attorney Fred A. Kowalski now be considered attorney of record for Defendant, ALBERTO ROLANDO CARRILLO-MONTELONGO, and that attorney Heather Shantz is discharged from further responsibility in this cause.

Signed on this _____ day of _____, 2006, at Washington D.C.

_____
JUDGE PRESIDING