UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

VS.                                                                                    CRIMINAL NO. 05-386

ALBERTO ROLANDO CARRILLO
MONTELONGO

DEFENDANT'S
MOTION FOR DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendant in the above styled and numbered cause, Alberto Rolando Carrillo Montelongo, under Rule 16 of the Federal Rules of Criminal Procedure, respectfully moves the Court for an order directing the government to provide the Defendant discovery items necessary for counsel for the Defendant to prepare for trial of this matter. In support of this motion, Alberto Rolando Carrillo Montelongo would show the Court as follows:

I.

Pursuant to Rule 16, Federal Rules of Criminal Procedure, Alberto Rolando Carrillo Montelongo, Defendant hereby requests that the government:

    a.    disclose to the Defendant the substance of any oral statement made by the Defendant, before or after arrest, in response to interrogation by a person the Defendant knew was a government agent if the government intends to use the statement at trial;

    b.    disclose to the Defendant and make available for inspection, copying, or photographing the following:

        (i) any written or recorded statement by the Defendant;

        (ii) the portion of any written record containing the substance of any oral statement made before or after arrest if the Defendant made the statement in response to interrogation by a person the Defendant knew was a government agent; and,

     (iii) the Defendant's recorded testimony before a grand jury related to the charged offense;

   c. disclose to the Defendant any oral statement made, before or after arrest, in response to interrogation by a person the person making the statement knew was a government agent if the government intends to use the statement at trial and if the government contends that the person making the statement:

     (i) was legally able to bind the Defendant regarding the subject of the statement because of that person's position as the Defendant's director, officer, employee, or agent; or

     (ii) was personally involved in the alleged conduct constituting the offense and was legally able to bind the Defendant regarding that conduct because of that person's position as the Defendant's director, officer, employee, or agent;

   d. furnish the Defendant a copy of the Defendant's prior criminal record that is within the government's possession, custody, or control;

   e. permit the Defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items if the item is within the government's possession, custody, or control and:

     (i) the government intends to use the item in its case-in-chief at trial; or

     (ii) the item was obtained from or belongs to the Defendant;

   f. permit the Defendant to inspect and copy or photograph the results or reports of any physical or mental examination and of any scientific test or experiment if the item is within the government's possession, custody, or control;

   g. provide the Defendant a written summary of any testimony that the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial;

   h. provide the Defendant a written summary of any testimony that the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence at trial on

the issue of the Defendant's mental condition, including a description of the witnesses's opinions, the bases and reasons for those opinions, and the witnesses's qualifications; and

        i.      provide the Defendant any items or access to any items requested herein that the government discovers subsequent to the date of this request.

The Defendant hereby requests that the government provide the Defendant a copy of any recording of intercepted conversation of the Defendant and a written transcript of any recording.

The Defendant hereby requests that the government disclose to the Defendant the Defendant's immigration file.

The Defendant hereby requests that the government disclose to the Defendant any reports, photographs, images, or statements regarding eyewitness identification of the Defendant, including any lineup, show-up, or photo spread.

The Defendant hereby requests that the government disclose to the Defendant any sentencing guideline calculation material used by the government to calculate the appropriate sentence if the Defendant is found guilty as charged.

## II.

A hearing on this motion is respectfully requested.

## III.

Counsel for the Defendant conferred with Assistant United States Attorney H. Heather Shaner about this motion on February 7th, 2006. The government is opposed to this motion.

Alberto Rolando Carrillo Montelongo prays that the Court enter an order directing the government to comply with this Motion for Discovery in its entirety.

        Respectfully Submitted,

**Fred A. Kowalski**
Attorney in Charge
State Bar Number: 24010914
Federal ID: 25490
DC# TX 0031
902 E. Madison Street
Brownsville, Texas 78520
Telephone: (956) 546-7245
Fax: (956) 504-3891

_____
Ms. Heather Shaner

Attorneys for the Defendant,
Alberto Rolando Carrillo Montelongo

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant Alberto Rolando Carrillo Montelongo's Motion for Discovery was e-mailed with a receipt requested to Attorney H. Heather Shaner, Assistant United States Attorney on the 7th day of February, 2006.

_____
Fred A. Kowalski