UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 05-0386 (ESH) |
| ANTOINE JONES, *et al.*, | ) |
| Defendant. | ) |

FILED
APR 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## SCHEDULING ORDER

Based on the status hearing held April 21, 2006, it is hereby **ORDERED** that the parties adhere to the following pre-trial schedule:

1) On or before June 5, 2006, the government must designate all the evidence it expects to use for its case-in-chief, including the specific telephone calls and video footage it intends to introduce, with the understanding that this designation is not final and may be amended for good cause;

2) A motions hearing will be held the week of August 14, 2006.

3) The next status conference will be on June 12, 2006 at 1:30 p.m.

*[signature]*
ELLEN SEGAL HUVELLE
United States District Judge

April 24, 2006