

**U.S. Department of Justice**

United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

June 7, 2006

COUNSEL FOR ANTOINE JONES
Eduardo Balarezo, Esq.
400 5th Street, N.W., #300
Washington, D.C. 20001

COUNSEL FOR KIRK CARTER
Charles Daum, Esq.
736 5th St., N.E.
Washington, D.C. 20002

COUNSEL FOR RICARDO SANCHEZ GONZALEZ
Elita Amato, Esq.
1211 Connecticut Avenue, N.W., Suite 400
Washington, D.C. 20036

COUNSEL FOR LAWRENCE MAYNARD
Edward C. Sussman, Esq.
601 Pennsylvania Avenue, N.W., Suite 900
Washington, D.C. 20004

COUNSEL FOR ROEL BERMEA, Jr.
Noe D. Garza, Jr. Esq.
Leonardo Rincones, Jr., Esq.
854 E. Van Buren Street
Brownsville, TX 78520

COUNSEL FOR ALBERTO ROLLANDO CARRILLO MONTELONGO
Fred A. Kowalski, Esq.
902 E. Madison Street.
Brownsville, TX 78520

COUNSEL FOR KEVIN HOLLAND
Brian K. McDaniel, Esquire
1211 Connecticut Avenue, N.W., Suite 303
Washington, D.C. 20036

COUNSEL FOR MICHAEL HUGGINS
Joe Conte, Esq.
400 7th Street, N.W., Suite 400
Washington, D.C.  20004

COUNSEL FOR ADRIAN JACKSON
Jon Norris, Esquire
641 Indiana Avenue, N.W., 2nd Floor
Washington, D.C.  20004

Re:   United States v. Antoine Jones, Cr. No. 05-386(ESH)

Dear Counsel:

I am enclosing additional documents on one CD titled Discovery III which is being turned over pursuant of Fed. R. Crim. P. 16 to all defense counsel. Please see the enclosed index for details.

Also, on the Discovery III CD are unredacted pages for the documents you have received already. This includes

1.) Initial T III Affidavit pages 23, 24, 27, 36, 37, 41, 46, and 59. I believe the only redacted page of that affidavit is now page 50.

2.) T III Extension Affidavit page 26.  The remaining redacted pages are 8-9 and 28.

3.) Text Message Search Warrant granted 8/10/05 pages 17-18.  The remaining redacted page is 26.

4.) Text Message Search Warrant granted 8/18/05 page 18.  I believe the only remaining redacted page is 26.

In addition, I have produced to Mr. Balarezo, as lead counsel, a number of surveillance videotapes/ DVD, and 2 more CDs.  Please see the enclosed index for details .

Finally, Subscriber Information Records are available in our office for review by all counsel.

    If you have any questions, please call Jack Geise at (202) 616-9156 or Rachel Lieber at (202) 353-8055.

                                              Sincerely,

                                              KENNTH L. WAINSTEIN
                                              United States Attorney

                                              _____

                                              Mary Downing, Paralegal for
                                              Jack Geise and Rachel Lieber
                                              Assistant United States Attorneys
                                              555 4th Street, N.W., Room 4808
                                              Washington, D.C. 20001

Enclosures

cc: Howard Katzoff
    601 Indiana Avenue, N.W.
    Suite 500
    Washington, D.C. 20004

**DISCOVERY III  INDEX**
<u>United States v. Antoine Jones</u>
Cr. No. 05-386(ESH)

1. Videotapes from Maryland ICE Investigation  (#1-6 of Jones /Maynard) (produced to Mr. Balarezo only)

2.  Levels surveillance videotapes/DVD (produced to Mr. Balarezo only)
    4/12/05- 4/25/05 VHS & DVD
    4/25/05- 4/29/05 (1 DVD)
    4/29/05- 5/3/05 ( 1 VHS & 1 DVD)
    5/03/05 - 5/06/05 (1 DVD)
    5/06/05 -5/11/05/(x2 VHS)
    5/1105 - 5/17/05 (x2 VHS)
    5/17/05 - 5/23/05 (x2 VHS)
    5/23/05- 5/31/05 (x2 VHS)
    5/31/05 - 6/07/05 (1 VHS
    6/01/05 - 6/07/05 ( 1 VHS)
    6/11/05- 6/19/05 (1 VHS)
    6/07/05-6/11/ 05  &  6/11/05 - 06/19/05 (1 DVD)
    6/19/05 - 6/28/05 (2 dvd)
    6/28/05 - 7/06/05 (2 DVD)
    7/06/05 - 7/13/05 (2 vhs)
    7/13/05-  7/20/05 (1  VHS & 1 dvd)
    7/20/05/-7/27/05 (1 vhs & 1 dvd)
    7/27/05 - 8/01/05 9 (2 vhs)
    8/01/05 - 8/09/05 (1 vhs & 1dvd)
    8/09/05 - 8/16/05 (2 vhs)
    8/16/05 - 8/18/05 (1 vhs)
    8/16/05 - 8/25/05 (1 vhs)
    8/18/05 - 8/25/05 (2 vhs)
    8/25/05 - 9/01/05 (2 vhs)
    9/01/05 - 9/10/05 (1 vhs & 1 DVD)
    9/10/05 - 9/16/05 (2 vhs)
    9/16/05 - 9/24/05 (2 vhs )
    9/24/05 - 9/28/05 (2 vhs)
    9/28/05 - 10/07/05 (2vhs)
    10/14/05 - 10/22 05 (2 vhs)
    10/22/05 - 10/28/05 (2vhs)
    10/7/05 - 10/14/05 (2vhs)

3. 400 Hampton Park Blvd CD (photos) (produced to Mr. Balarezo only)

4. ICE Knights Inn CD (photos) (produced to Mr. Balarezo only)

\*\*\*\*\*\*\*\*

5. (1) CD produced to all defense counsel it includes the following:
 * MD ICE Investigation documents
 * DEA-7s  (x 15)
 * Pictures of Jeep Grand Cherokee
 * Arrest forms PD-163s (x12)
 * Documents from NC seizure case number 2005-008207
 * Copies of documents seized from Levels search warrant
 * Copies of documents seized from 12221 Brandywine Road
 * Initial T III Affidavit Unredacted Pages pages 23, 24, 27, 36, 37, 46, and 59
 * T III Extension Affidavit page 26.
 * Text Message Search Warrant  granted 8/10/05 pages 17-18
 * Text Message Search Warrant granted 8/18/05 page 18