UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 05-386 (ESH) |
| ANTOINE JONES, *et al.*, | ) -7 |
| Defendants. | ) |

### ORDER

In a hearing before Magistrate Judge John M. Facciola on June 15, 2006, defendant Alberto Rolando Carrillo-Montelongo entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant Carrillo-Montelongo's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant Carrillo-Montelongo's guilty plea.

**SO ORDERED.**

/s/ Ellen S. Huvelle
ELLEN SEGAL HUVELLE
United States District Judge

Date: January 26, 2007