UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                          CR. 05-386(ESH)

A.ROLANDO CARRILLO
MONTELONGO,

    Defendant

### DEFENDANT A.ROLANDO CARRILLO MONTELONGO'S MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT :

The Defendant in the above styled and numbered cause, A.ROLANDO CARRILLO MONTELONGO , under the Sixth Amendment to the United States Constitution and 18 U.S.C. 3161(h)(8), respectfully moves the Court for an order continuing trial of this cause for a further date  In support of this motion, A.ROLANDO CARRILLO MONTELONGO would show the Court as follows:

### I.

Unexpected circumstances require continuance or postponement of the trial:

Counsel for Defendant is having a full docket for the 10th of January in Cameron County, Texas.

No reasonable diligence by the Defendant or counsel could have anticipated the circumstances.

The surprising nature of these circumstances impairs counsel's ability to prepare for trial and compromises the Defendant's right to a fair trial.

This Motion for Continuance is not made for purposes of delay, but that justice may be done.

A.ROLANDO CARRILLO MONTELONGO prays that the Court enter an order continuing trial of this cause until a further date.

I concur in this Request for Continuance.

Respectfully Submitted,

_____s/ Fred A. Kowalski_____
Fred A. Kowalski
Texas State Bar Number:  24010914
Federal Id No. 25490
902 EAST MADISON STREET
BROWNSVILLE, TEXAS 78520
Telephone:  (956) 546-7245
Fax:  (956) 504-3891 or (956) 550-0994

Attorney for the Defendant,
A.ROLANDO CARRILLO MONTELONGO