## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant A.ROLANDO CARRILLO MONTELONGO's Motion for Continuance was faxed to Assistant United States Attorney on the 8th day of January, 2008.

                                                    _____s/ Fred A. Kowalski_____
                                                    Fred A. Kowalski