UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                           05-386(ESH)

A.ROLANDO CARRILLO
MONTELONGO,

Defendant

**ORDER ON DEFENDANT A.ROLANDO CARRILLO MONTELONGO'S MOTION FOR CONTINUANCE**

Defendant A.ROLANDO CARRILLO MONTELONGO's Motion for Continuance is hereby:

_____          GRANTED

_____          DENIED

Signed in _____, _____on this the _____ day of _____, 2008.

United States District Judge