UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

CR. 05-386(ESH)

A.ROLANDO CARRILLO MONTELONGO,

    Defendant

### DEFENDANT ALBERTO ROLANDO CARRILLO MONTELONGO 'S NOTICE OF NO OBJECTIONS TO THE PSR

TO THE HONORABLE JUDGE OF SAID COURT :

The Defendant in the above styled and numbered cause, Alberto Rolando Carrillo Montelongo, files this notice of no objections to the presentence investigation report.

### NOTICE OF NO OBJECTIONS

The Defendant, having reviewed the recommended findings of facts and application of the advisory guidelines, has no objections to the PSR.

Respectfully Submitted,

_____s/ Fred A. Kowalski_____
Fred A. Kowalski
Texas State Bar Number:  24010914
Federal I.D. No. 25490
902 EAST MADISON STREET
BROWNSVILLE, TEXAS 78520
Telephone:  (956) 546-7245
Fax:  (956) 504-3891 / (956)550-0994
email: kowalskilaw@yahoo.com

Attorney for the Defendant,
Astrid Alberto Rolando Carrillo Montelongo