## **CERTIFICATE OF SERVICE**

    I certify that a true and exact copy of the Defendant A.ROLANDO CARRILLO MONTELONGO's Notice of No Objections was faxed to Assistant United States Attorney on the 14th day of March, 2008.

                                                s/ Fred A. Kowalski
                                                Fred A. Kowalski