**·HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>05-CR-386-07</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| CARRILLO-MONTELONGO, Alberto Rolando | | Disclosure Date: <u>February 26, 2008</u> |
| | : | |

**FILED**
MAR 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                                        **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*Rolando ALBERTO CARRILLO M.* 2-28-08          _[signature]_ 3-28-08
**Defendant**          **Date**          **Defense Counsel**          **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **March 11, 2008**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
       United States Probation Officer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CR. 05-386(ESH)

v.

A.ROLANDO CARRILLO MONTELONGO,

Defendant

## DEFENDANT ALBERTO ROLANDO CARRILLO MONTELONGO 'S NOTICE OF NO OBJECTIONS TO THE PSR

TO THE HONORABLE JUDGE OF SAID COURT :

The Defendant in the above styled and numbered cause, Alberto Rolando Carrillo Montelongo, files this notice of no objections to the presentence investigation report.

### NOTICE OF NO OBJECTIONS

The Defendant, having reviewed the recommended findings of facts and application of the advisory guidelines, has no objections to the PSR.

Respectfully Submitted,

s/ Fred A. Kowalski
Fred A. Kowalski
Texas State Bar Number: 24010914
Federal I.D. No. 25490
902 EAST MADISON STREET
BROWNSVILLE, TEXAS 78520
Telephone: (956) 546-7245
Fax: (956) 504-3891 / (956)550-0994
email: kowalskilaw@yahoo.com

Attorney for the Defendant,
Astrid Alberto Rolando Carrillo Montelongo